UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT S. MCGUIRE,<br><br>    Plaintiff,<br><br>    v.<br><br>STATE OF NEVADA, et al.,<br><br>    Defendants. | Case No.: 3:23-cv-00616-MMD-CLB<br><br>**ORDER**<br><br>(ECF No. 15) |

Plaintiff Robert McGuire moves the Court to require the defendants to file a certificate of interested parties, noting that per docket text associated with the filing of his complaint, the certificate was due by October 13, 2024. (ECF No. 15). The Court clarifies that no party is required to file a certificate of interested parties or proof of service at this time. Plaintiff is reminded that the screening order temporarily stayed this action for settlement purposes and directed that no other pleadings or documents may be filed in this case until the Court lifts the stay. (ECF No. 10). Plaintiff is advised that the Court will enter an order about service upon the defendants when it is time to do so. Plaintiff should refrain from filing motions asking the Court to manage the docket except as permitted by this Court's local rules. And he should review the Advisory Letter that the Court sent him when he initiated this action. (ECF No. 2).

It is therefore ordered that Plaintiff's motion to require the defendants to file a certificate of interested parties (ECF No. 15) is denied.

The Clerk of the Court is directed to terminate the deadlines set in the docket text associated with the filing of Plaintiff's complaint (ECF No. 11) and resend Plaintiff the Advisory Letter (ECF No. 2).

DATED: October 31, 2024

_____
UNITED STATES MAGISTRATE JUDGE