AARON D. FORD
  Attorney General
SAMUEL L. PEZONE, JR. (Bar No. 15978)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, Nevada 89119
(702) 486-4070 (phone)
(702) 486-3768 (fax)
Email: spezone@ag.nv.gov

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT MCGUIRE,<br><br>        Plaintiff,<br><br>v.<br><br>STATE OF NEVADA, *et al.*,<br><br>        Defendants. | Case No. 3:23-cv-00616-MMD-CLB<br><br>**ORDER GRANTING**<br>**STIPULATION TO DISMISS WITH PREJUDICE** |

    Plaintiff, Robert McGuire, pro se, and Defendants, Oliver, Silber, Calvin Johnson, Kay, and William Gittere, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Samuel L. Pezone, Jr., Deputy Attorney General, of the State of Nevada, Office of the Attorney General, hereby stipulate that the above-captioned action is dismissed with prejudice as to all claims against all Defendants pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear their own costs.

DATED this 4th day of February, 2025.   DATED this 4th day of February, 2025.

                                                    AARON D. FORD
                                                    Attorney General

By: *[signature]*                                              By: */s/ Samuel L. Pezone Jr.*
Robert McGuire #83383                                 SAMUEL L. PEZONE JR. (Bar No. 15978)
Plaintiff, Pro Se                                              Deputy Attorney General

IT IS SO ORDERED

DATED: February 20, 2025.

                                                                Miranda M. Du, U.S. District Judge